IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHELLE DECOCK,<br><br>            Plaintiff,<br><br>vs.<br><br>SGS NORTH AMERICA, INC,<br><br>           Defendant. | CV 17-57-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is the Parties' Joint Motion to Stay Proceedings (Doc. 10), wherein the Parties request that the Court order a three-month stay to allow them to pursue private mediation.

Given that the only dates established in this case thus far are the July 10, 2017, Preliminary Pretrial Conference and associated submission deadlines, the Court believes the most efficient solution is simply to vacate its prior Order Setting Preliminary Pretrial Conference and Associated Deadlines (Doc. 7) and reconvene in ninety days if the Parties have not achieved resolution.

Accordingly, IT IS ORDERED that the Parties' Joint Motion to Stay Proceedings is DENIED. The July 10, 2017, Preliminary Pretrial Conference and all associated deadlines are VACATED. (*See* Doc. 7.) The parties shall file a joint status report on or before September 29, 2017, if they have not moved to dismiss the case by that date.

DATED this 29th day of June, 2017.

                                                               _____
                                                               TIMOTHY J. CAVAN
                                                               United States Magistrate Judge