
FILED
APR 13 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICHELLE DECOCK, | CV 17-57-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| SGS NORTH AMERICA, INC., | |
| Defendant. | |

Upon Stipulation to Dismiss the Action with Prejudice Pursuant to Fed. R. Civ. P 41(a)(1)(A)(II) (Doc. 18), between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 13th day of April, 2018.

Susan P. Watters
U. S. DISTRICT JUDGE

1